# Order

**Supreme Court**
**Lansing, Michigan**

October 6, 2005

Clifford W. Taylor,
Chief Justice

127901

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MICHAEL GRIMES and TAMARA GRIMES,
        Plaintiffs-Appellees,

v

SC:  127901
COA:  249558
Court of Claims:  02-000067-MD

DEPARTMENT OF TRANSPORTATION,
        Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the December 16, 2004 judgment of the Court of Appeals is considered, and it is GRANTED.



I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 6, 2005

_____
Clerk

s0929